Order filed November 8, 2018



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00875-CV

_____

### ANTHONY WELCH, Appellant

### V.

### WELLS FARGO BANK, Appellee

---

**On Appeal from County Court at Law No. 5**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-CCV-062327**

---

## O R D E R

The notice of appeal in this case was filed October 9, 2018. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5.

Appellant is ordered to pay the filing fee of $205.00 to the clerk of this court by **November 18, 2018.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee, the appeal will be dismissed.

PER CURIAM